GEORGE C. RANKIN, as Receiver of the CITY NATIONAL BANK OF BUFFALO, Appellant, *v.* SARAH J. CLEMENT, as Executrix of JAMES W. CLEMENT, Deceased, Respondent.

*Rankin* v. *Clement*, 123 App. Div. 916, affirmed.
(Argued December 18, 1908; decided January 12, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 13, 1908, affirming a judgment in favor of defendant entered upon a decision of the court on trial at an Equity Term in an action to compel specific performance of an alleged contract of sale.

*James O. Moore* and *Fred D. Corey* for appellant.

*William D. Van Pelt* and *John E. Selkirk* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

ABRAHAM H. SARASOHN, Appellant, *v.* REBECCA KAMAIKY et al., Respondents, Impleaded with Others.

(Submitted January 4, 1909; decided January 12, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 203.)